# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DEMARIO S. CANNON**                                                                                       **PLAINTIFF**
**ADC #155021**

**v.**                                            **Case No. 3:21-cv-00037 KGB**

**KEITH BOWERS, Captain**
**Craighead County Detention Center**, *et al*.                                       **DEFENDANTS**

## ORDER

Before the Court is the Partial Recommended Disposition ("Partial Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 56). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Partial Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court grants defendants Chassity Hall and Heather Madden's motion for summary judgment and dismisses with prejudice plaintiff Demario Cannon's claims against Ms. Hall and Ms. Madden (Dkt Nos. 52; 56). The Court also certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal taken from this Order would not be taken in good faith.

It is so ordered this the 18th day of April, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge