IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEMARIO S. CANNON**                                                                                          **PLAINTIFF**
**ADC #155021**

v.                                         Case No. 3:21-cv-00037 KGB

**KEITH BOWERS, Captain**
**Craighead County Detention Center,** *et al*.                                                  **DEFENDANTS**

# ORDER

Before the Court is separate county defendants Sheriff Marty Boyd, Corporal Hall, Captain Keith Bowers, and Ty Frazier's motion for extension to reply to plaintiff's responses to their motion for summary judgment (Dkt. No. 70). On October 23, 2023, plaintiff filed responses to separate county defendants' motion for summary judgment (*Id.*, ¶ 4). The reply is due October 30, 2023 (*Id.*). Separate county defendants' state that their counsel has had a busy few months and has not had time to review the plaintiff's responses (*Id.*, ¶ 5). They now seek an extension of time to reply (*Id.*, ¶ 6). For good cause shown, the Court grants separate county defendants' motion. The Court deems timely filed the separate county defendants' reply (Dkt. No. 71).

It is so ordered this 3rd day of November, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge