IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEMARIO S. CANNON**                                                                                          **PLAINTIFF**
**ADC #155021**

**v.**                                          **Case No. 3:21-cv-00037 KGB**

**KEITH BOWERS, Captain**
**Craighead County Detention Center**, *et al*.                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date and this Court's prior Orders, it is considered, ordered, and adjudged that plaintiff Demario Cannon's claims are dismissed consistent with the terms of this Court's Orders. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 25th day of March, 2024.

_____
Kristine G. Baker
Chief United States District Judge